

**COURTESY COPY** U.S. Department of Justice

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 26 2005 ★

BROOKLYN OFFICE

United States Attorney
Eastern District of New York

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

September 13, 2005



Via Electronic Filing
The Honorable John Gleeson
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

s/John Gleeson

Re:  *Totten v. Barnhart*,
CV-05-1559 (Gleeson, J.) (Pohorelsky, M.J.)

Dear Judge Gleeson:

Defendant Commissioner of Social Security respectfully writes to request an extension of time to file a motion from September 16, 2005, to October 17, 2005, with a corresponding extension in the date of oral argument, which is scheduled for October 28, 2005. This is defendant's first request for an extension. The administrative record contains numerous medical records, and thus defendant seeks this extension to prepare the motion. Plaintiff's counsel has consented to this request.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By:  /s/ Denise McGinn (electronically filed)
DENISE MCGINN (DM-5290)
Assistant U.S. Attorney
(718) 254-6002

cc: John Sykes
Binder and Binder
215 Park Avenue South, 6th Floor
New York, New York 10003
*Attorney for Plaintiff*