UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL TOTTEN,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1559 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 31 2005 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on October 17, 2005, reversing the final decision of the Commissioner; remanding the action to the Commissioner of Social Security for further administrative proceedings with a de novo hearing and issuance of a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and directing upon remand, the Administrative Law Judge will consider vocational expert testimony, apply 20 C.F.R. § 404.1527(d) to evaluate the clinical findings of treating physician Dr. Abraham F. Ward, and will consider any new medical evidence submitted by plaintiff; it is

      ORDERED and ADJUDGED that the final decision of the Commissioner is reversed; that the action is remanded to the Commissioner of Social Security for further administrative proceedings with a de novo hearing and issuance of a new decision; and that upon remand, the Administrative Law Judge will consider vocational expert testimony, apply 20 C.F.R. § 404.1527(d) to evaluate the clinical findings of treating physician Dr. Abraham F. Ward, and will consider any new medical evidence submitted by plaintiff.

Dated: Brooklyn, New York
       October 19, 2005

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court